

ORDERED in the Southern District of Florida on September 16, 2013.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In Re:

ROBERT SEPULVEDA,

    Debtor,
_____/

Case No. 13-31630 LMI

Chapter 7

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO REDACT AND RESTRICT PUBLIC ACCESS TO DEBTOR'S PAY ADVICES [D.E. #5]**

THIS CAUSE having come before the Court on the Debtor's *Ex Parte* Motion to Redact and Restrict Public Access to Debtor's Pay Advices (the "Motion") ( DE #5), and the Court having reviewed the motion and pertinent filings, it is

ORDERED AND ADJUDGED as follows:

1. The Debtor's Motion to Redact and Restrict Public Access to Debtor's Payment Advices is hereby GRANTED.

2.	The Clerk shall restrict access to the current payment advices (D.E. #5) and replace them with the redacted payment advices as attached to the Motion.

3.	The Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

# # #

**Submitted by:**
**Law Offices of Kristen L. Pinto, P.A.**
**P.O. Box 810341**
**Boca Raton, FL 33481**
**Kristen Pinto, Esq.**
**Fla. Bar No.: 98068**

Kristen Pinto, Esq. is directed to serve copies of this Order on all interested parties and file a certificate of service.